

United States District Court
Eastern District of California

| Zhipeng Zhang |
|---|

Plaintiff(s)

V.

| Christopher Chestnut, Et al. |
|---|

Defendant(s)

Case Number: | 1:26-cv-01278-DJC-CSK |
|---|

APPLICATION FOR PRO HAC VICE
AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Felipe Alexandre _____ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Plaintiff

On ____04/16/2016____ (date), I was admitted to practice and presently in good standing in the ____U.S. District Court, Southern District of NY____ (court).  A certificate of good standing from that court is submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court.  (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

Date: ____02/10/2026____          Signature of Applicant: /s/ __Felipe Alexandre__

**Pro Hac Vice Attorney**

Applicant's Name: Felipe Alexandre

Law Firm Name: Alexandre Law Firm & Associates, P.C.

Address: 13620 38th Avenue, Suite 10F

City: Flushing    State: NY    Zip: 11354

Phone Number w/Area Code: (718) 305-1660

City and State of Residence: Los Angeles, CA

Primary E-mail Address: felipe@alexandrelaw.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Mohamed Karawia

Law Firm Name: Alexandre Law Firm & Associates, P.C.

Address: 17870 Castleton, Ste 250

City: City of Industry    State: CA    Zip: 91748

Phone Number w/Area Code: (626) 509-2126    Bar #

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: February 13, 2026

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE